** NURSES — SCHOOLS — MEDICINES — DISPENSE ** (1) A SCHOOL NURSE MAY 'NOT' ADMINISTER NONPRESCRIPTION MEDICATIONS ABSENT A WRITTEN OR VERBAL DIRECTIVE OR ORDER FROM A LICENSED PRACTITIONER OF THE HEALING ARTS. (2) A SCHOOL NURSE MAY, CONSISTENT WITH 59 O.S. 567.3 [59-567.3](2) ADMINISTER A PRESCRIPTION MEDICATION WITHOUT AN ORDER FROM A PHYSICIAN IF SAID MEDICATION IS CONTAINED IN A PRESCRIPTION VIAL WHICH CORRECTLY STATES THE NAME OF THE PATIENT, THE NAME OF THE PRESCRIBER, AND DIRECTIONS FOR ADMINISTRATION OF SAID DRUG. (3) EMPLOYEES OF THE SCHOOL DISTRICT, OTHER THAN LICENSED PRACTITIONERS OF THE HEALING ARTS, MAY 'NOT' MAKE A MEDICAL DIAGNOSIS OR ADMINISTER MEDICATIONS. (4) A POLICY ADOPTED BY A LOCAL SCHOOL BOARD OF EDUCATION WHICH WOULD AUTHORIZE A SCHOOL NURSE TO ADMINISTER OR DISPENSE NONPRESCRIPTION MEDICATIONS TO SCHOOL STUDENTS WOULD BE UNAUTHORIZED BY LAW AND IN CONFLICT OF THE MEDICAL PRACTICE ACT, 59 O.S. 401 [59-401] ET SEQ., AND THE NURSING PRACTICE ACT, 59 O.S. 567.3 [59-567.3](2) (SCHOOL BOARD, MEDICINE, DISPENSE, ASPIRIN, EMERGENCY CARE, STUDENTS, MEDICAL TREATMENT) CITE: 10 O.S. 170.1 [10-170.1] 10 O.S. 170.2 [10-170.2], 25 O.S. 2 [25-2], 59 O.S. 353.1 [59-353.1](4), 59 O.S. 353.1 [59-353.1](7), 59 O.S. 353.1 [59-353.1](13), 59 O.S. 401 [59-401], 59 O.S. 492 [59-492], 59 O.S. 567.1 [59-567.1], 59 O.S. 567.3 [59-567.3], 59 O.S. 567.3 [59-567.3](2), 59 O.S. 731.1 [59-731.1](D), 59 O.S. 731.3 [59-731.3] 70 O.S. 1-116 [70-1-116](7), 70 O.S. 3-104 [70-3-104](20) 70 O.S. 5-117 [70-5-117], 70 O.S. 5-117 [70-5-117](2) 70 O.S. 5-117 [70-5-117](15) (CHILDREN) (KAY KAREN KENNEDY) ** SEE OPINION NO. 89-058 (1990) **